**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7386

KRIS SARAYN KOLLYNS,

Plaintiff - Appellant,

versus

GEORGE GINTOLI; RUSSELL HUGHES; BRENDA
RICE-YOUNG; PAMELA M. CRAWFORD; SOUTH CAROLINA
DEPARTMENT OF MENTAL HEALTH; BEVERLY WOODS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-04-2552-3)

Submitted:  November 21, 2005      Decided:  December 12, 2005

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kris Sarayn Kollyns, Appellant Pro Se.  Vinton DeVane Lide, VINTON
D. LIDE & ASSOCIATES, Lexington, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kris Sarayn Kollyns appeals a district court order and judgment adopting the magistrate judge's report and recommendation, granting the Appellees' motion for summary judgment and dismissing Kollyns' civil rights complaint.  We agree with the district court that Kollyns did not create a genuine issue of material fact with respect to a serious medical need.  As such, we affirm for the reasons stated by the district court.  <u>Kollyns v. Gintoli</u>, No. CA-04-2552-3 (D.S.C. Aug. 18, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>